JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BENNETT, | CV 20-6529 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| RELIASTAR LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's September 23, 2020 Minute Order granting the Motion to Dismiss filed by defendant Reliastar Life Insurance Company ("Reliastar"), which dismissed the claims asserted by plaintiff Kenneth Bennett ("Plaintiff") without leave to amend and with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Reliastar shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

. . . .

. . . .

. . . .

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2 | nothing and that Reliastar shall have its costs of suit.

4 | DATED: September 23, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-