| | |
|---|---|
| 1 | Jodi K. Swick No. 228634 |
| | **McDOWELL HETHERINGTON LLP** |
| 2 | 1999 Harrison Street, Suite 2050 |
| | Oakland, CA 94612 |
| 3 | Telephone:   510.628.2145 |
| | Facsimile:   510.628.2146 |
| 4 | Email:         jodi.swick@mhllp.com |
| 5 | Colleen T. Flaherty No. 327563 |
| | **McDOWELL HETHERINGTON LLP** |
| 6 | 1055 E. Colorado Boulevard, Suite 500 |
| | Pasadena, CA 91106 |
| 7 | Telephone:   213.631.4059 |
| | Facsimile:   510.628.2146 |
| 8 | Email:         colleen.flaherty@mhllp.com |
| 9 | David T. McDowell, TX Bar No. 00791222* |
| | Louise B. Root, TX Bar No. 24121092* |
| 10 | *Appearing *Pro Hac Vice* |
| | **McDOWELL HETHERINGTON LLP** |
| 11 | 1001 Fannin Street, Suite 2400 |
| | Houston, TX 77002 |
| 12 | Telephone:   713.337.5580 |
| | Facsimile:   713.337.8850 |
| 13 | Email:         david.mcdowell@mhllp.com |
| | Email:         louise.root@mhllp.com |
| 14 | |
| 15 | Attorneys for Defendant |
| | RELIASTAR LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BENNETT, Individually, and on Behalf of the Class, | Case No. 2:20-cv-06529-PA-KS |
| Plaintiff, | *Honorable Percy Anderson* |
| v. | **NOTICE OF SETTLEMENT** |
| RELIASTAR LIFE INSURANCE COMPANY, a Minnesota Corporation, | |
| Defendant. | |

Case No. 2:20-cv-06529-PA-KS               1
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 40-2, Plaintiff Kenneth Bennett and Defendant ReliaStar Life Insurance Company have reached an agreement to settle all claims in this matter and hereby notify the Court of settlement. The Parties jointly and respectfully request that all pending dates in this matter be taken off calendar. The Parties are currently in the process of finalizing the settlement agreement. The Parties will submit a Stipulation for Dismissal of this entire action with prejudice, with each party to bear its own attorneys' fees and costs, within sixty (60) days of this Notice.

Dated:  December 21, 2023

McDOWELL HETHERINGTON LLP

By:  */s/ David T. McDowell*
Jodi K. Swick
Colleen T. Flaherty
David T. McDowell
Louise B. Root

Attorneys for Defendant ReliaStar Life Insurance Company

WINTERS & ASSOCIATES

By:  */s/ Sarah Ball*
Jack B. Winters, Jr.
Sarah Ball

NICHOLAS & THOMASEVIC LLP
By:  */s/ Alex Tomasevic*
Craig M. Nicholas
Alex Tomasevic

Attorneys for Plaintiff Kenneth Bennett