1  Jodi K. Swick No. 228634
   **McDOWELL HETHERINGTON LLP**
2  1999 Harrison Street, Suite 2050
   Oakland, CA 94612
3  Telephone:  510.628.2145
   Facsimile:  510.628.2146
4  Email:       jodi.swick@mhllp.com

5  Colleen T. Flaherty No. 327563
   **McDOWELL HETHERINGTON LLP**
6  1055 E. Colorado Boulevard, Suite 500
   Pasadena, CA 91106
7  Telephone:  213.631.4059
   Facsimile:  510.628.2146
8  Email:       colleen.flaherty@mhllp.com

9  David T. McDowell, TX Bar No. 00791222*
   Louise B. Root, TX Bar No. 24121092*
10 *Appearing *Pro Hac Vice*
   **McDOWELL HETHERINGTON LLP**
11 1001 Fannin Street, Suite 2400
   Houston, TX 77002
12 Telephone:  713.337.5580
   Facsimile:  713.337.8850
13 Email:       david.mcdowell@mhllp.com
   Email:       louise.root@mhllp.com
14
   Attorneys for Defendant
15 RELIASTAR LIFE INSURANCE COMPANY

16              UNITED STATES DISTRICT COURT

17            CENTRAL DISTRICT OF CALIFORNIA

18 KENNETH BENNETT, Individually, and      Case No. 2:20-cv-06529-PA-KS
   on Behalf of the Class,
19                                          *Honorable Percy Anderson*
          Plaintiff,
20                                          **JOINT STIPULATION OF DISMISSAL
          v.                                WITH PREJUDICE**
21
   RELIASTAR LIFE INSURANCE
22 COMPANY, a Minnesota Corporation,

23        Defendant.

24

25

26

27

28

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** that Plaintiff Kenneth Bennett and Defendant ReliaStar

3    Life Insurance Company jointly file this Stipulation of Dismissal with Prejudice. Pursuant

4    to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to

5    dismiss this case with prejudice all individual claims Plaintiff asserted in this lawsuit. The

6    parties have settled this matter on an individual basis. Any claims by any absent putative

7    class members shall be dismissed without prejudice. Each party shall bear its own fees and

8    costs.

9

10    Dated:  January 9, 2024                    McDOWELL HETHERINGTON LLP

11
                                                 By:   /s/ David T. McDowell
12                                                      Jodi K. Swick
                                                        Colleen T. Flaherty
13                                                      David T. McDowell
                                                        Louise B. Root
14

15                                               Attorneys for Defendant ReliaStar
16                                               Insurance Company

17                                               WINTERS & ASSOCIATES
18
                                                 By:   /s/ Jack B. Winters, Jr.
19                                                      Jack B. Winters, Jr.
                                                        Sarah Ball
20

21                                               NICHOLAS & THOMASEVIC LLP
22                                               By:   /s/ Alex Tomasevic
                                                 Craig M. Nicholas
23                                               Alex Tomasevic
24

25                                               Attorneys for Plaintiff Kenneth Bennett

26

27

28